160 A.3d 774

Jason Robert PAUL and Joan Paul

v.

DEPARTMENT OF HUMAN SERVICES OF THE COMMONWEALTH; Somerset County Child Protective Services; Executive Branch of the Commonwealth of Pennsylvania; Office of Attorney General; and Somerset Borough Police Department

Petition of: Jason Robert Paul

No. 255 WAL 2016

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**